# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-01307-JHN-PJWx | Date | June 21, 2010 |
|---|---|---|---|
| Title | Jessica Hardy v. Advocare International, L.P. et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   **ORDER TO SHOW CAUSE RE LIFTING OF COURT'S STAY**
                        **(In Chambers)**

On March 17, 2009, the Court stayed this action pending resolution of Plaintiff's anticipated Motion to Dismiss the action pending in the United States District Court for the Northern District of Texas. (Docket No. 23.)  On October 6, 2009, Defendant filed a Notice of Decision that the Texas District Court rendered a decision to exercise personal jurisdiction over Plaintiff by denying Plaintiff's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue.  (*Id.* at 28.)  However, Plaintiff's status report, filed on June 16, 2010, indicated that the Texas District Court had not yet decided Jessica Hardy's Motion to Dismiss.  (*Id.* at 31.)

**The parties are ORDERED TO SHOW CAUSE, in writing, not later than June 30, 2010 at noon as to why the Court's stay should, or should not, be lifted.**  The matter will be deemed submitted upon the Court's receipt of the parties' briefs.  A hearing will be scheduled if the Court deems necessary.

**IT IS SO ORDERED**.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CSI |